JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMAIL GHANE,<br><br>          Petitioner<br><br>       v.<br><br>CALIFORNIA STATE ATTORNEY GENERAL,<br><br>          Respondent. | Case No. SACV 16-00870-PA (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Case For Lack Of Jurisdiction,

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: July 9, 2016

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE